| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| versus | § | CRIMINAL ACTION NO. 4:09cr207 |
| | § | (Judge Crone) |
| GHASSAN MIKHAEL NADDAF | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY ON COUNT ONE OF THE INFORMATION**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Amos L. Mazzant regarding Defendant's plea of guilty to Count One of the Information in the above-numbered cause. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the guilty plea of the Defendant. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge are hereby ADOPTED.

It is further ORDERED that Defendant's guilty plea and the plea agreement are ACCEPTED by the Court, conditioned upon a review of the pre-sentence report.

It is finally ORDERED that the Court finds Defendant GUILTY on Count One of the Information, conditioned upon the Court's final acceptance of the guilty plea and plea agreement at sentencing.

SIGNED at Beaumont, Texas, this 19th day of November, 2009.

*/s/ Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE